**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:11-cv-00418 |
| v. | § | |
| | § | Jury Trial Demanded |
| ARBY'S RESTAURANT GROUP, INC.; | § | |
| ABP CORPORATION | § | |
|      D/B/A AU BON PAIN; | § | |
| BOJANGLE'S RESTAURANTS INC.; | § | |
| BURGER KING HOLDINGS, INC.; | § | |
| CHICK-FIL-A, INC.; | § | |
| CKE RESTAURANTS, INC. | § | |
|      D/B/A HARDEE'S; | § | |
| CULVER FRANCHISING SYSTEM, INC.; | § | |
| DOCTOR'S ASSOCIATES, INC. | § | |
|      DBA SUBWAY; | § | |
| INTERNATIONAL DAIRY QUEEN, INC.; | § | |
| DINEWISE INC.; | § | |
| DUNKIN' BRANDS GROUP, INC.; | § | |
| EPL INTERMEDIATE, INC. | § | |
|      D/B/A EL POLLO LOCO; | § | |
| GOOGLE INC.; | § | |
| JACK IN THE BOX INC.; | § | |
| JIMMY JOHN'S FRANCHISE LLC; | § | |
| MCDONALD'S CORPORATION; | § | |
| PANDA RESTAURANT GROUP, INC.; | § | |
| PANDA EXPRESS, INC.; | § | |
| SONIC CORP.; | § | |
| TACO BELL CORP.; | § | |
| TCBY ENTERPRISES, INC.; | § | |
| THE TELEVISION FOOD NETWORK, G.P., | § | |
|      D/B/A FOOD NETWORK; | § | |
| WAWA, INC.; | § | |
| WEGMANS FOOD MARKETS, INC.; | § | |
| WENDY'S INTERNATIONAL, INC.; AND | § | |
| WHOLE FOODS MARKET INC., | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
PURSUANT TO F.R.C.P. 7.1**

Plaintiff DietGoal Innovations LLC hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.  DietGoal Innovations LLC is a Texas Limited Liability Company and does not have a parent corporation or any publicly held corporation which owns 10% or more of their stock.

Dated:  September 15, 2011

Respectfully submitted,

**BUETHER JOE & CARPENTER, LLC**

By:     */s/ Christopher M. Joe*
       Christopher M. Joe  *(Lead  Counsel)*
       State Bar No. 00787770
       Chris.Joe@BJCIPLaw.com
       Eric W. Buether
       State Bar No. 03316880
       Eric.Buether@BJCIPLaw.com
       Brian A. Carpenter
       State Bar No. 03840600
       Brian.Carpenter@BJCIPLaw.com
       Mark D. Perantie
       State Bar No. 24053647
       Mark.Perantie@BJCIPLaw.com
       Niky Bukovcan
       Washington State Bar No. 39403
       Niky.Bukovcan@BJCIPLaw.com

       1700 Pacific Avenue
       Suite 2390
       Dallas, Texas 75201
       Telephone: (214) 466-1272
       Facsimile: (214) 635-1828

       **ATTORNEYS FOR PLAINTIFF**
       **DIETGOAL INNOVATIONS LLC**