IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:11-cv-00418-DF |
| v. | § | |
| | § | Jury Trial Demanded |
| ARBY'S RESTAURANT GROUP, INC.; | § | |
| et al., | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR DIETGOAL INNOVATIONS LLC

Plaintiff DietGoal Innovations LLC hereby notifies the Court that Eric W. Buether of the firm Buether Joe & Carpenter, LLC have entered this action as counsel to be notified on its behalf.

Counsel may be contacted as follows:

    Eric W. Buether
    BUETHER JOE & CARPENTER, LLC
    1700 Pacific Avenue, Suite 2390
    Dallas, TX  75201
    Direct: (214) 466-1271
    Fax:   (214) 635-1827
    Email:  Eric.Buether@BJCIPLaw.com

| | |
|---|---|
| Dated: September 16, 2011 | Respectfully submitted, |

              **BUETHER JOE & CARPENTER, LLC**

          By: */s/ Eric W. Buether*

             Christopher M. Joe *(Lead Counsel)*
             State Bar No. 00787770
             Chris.Joe@BJCIPLaw.com

             Eric W. Buether
             State Bar No. 03316880
             Eric.Buether@BJCIPLaw.com

             Brian A. Carpenter
             State Bar No. 03840600
             Brian.Carpenter@BJCIPLaw.com

             Mark D. Perantie
             State Bar No. 24053647
             Mark.Perantie@BJCIPLaw.com

             Niky Bukovcan
             Washington State Bar No. 39403
             Niky.Bukovcan@BJCIPLaw.com

             1700 Pacific Avenue
             Suite 2390
             Dallas, Texas 75201
             Telephone: (214) 466-1271
             Facsimile: (214) 635-1827

             **ATTORNEYS FOR PLAINTIFF**
             **DIETGOAL INNOVATIONS LLC**