**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:11-cv-00418-DF |
| v. | § | |
| | § | Jury Trial Demanded |
| ARBY'S RESTAURANT GROUP, INC.; | § | |
| et al., | § | |
| | § | |
| *Defendants.* | § | |

**NOTICE OF APPEARANCE OF COUNSEL
FOR DIETGOAL INNOVATIONS LLC**

Plaintiff DietGoal Innovations LLC hereby notifies the Court that Brian A. Carpenter of the firm Buether Joe & Carpenter, LLC have entered this action as counsel to be notified on its behalf.

Counsel may be contacted as follows:

>Brian A. Carpenter
>BUETHER JOE & CARPENTER, LLC
>1700 Pacific Avenue, Suite 2390
>Dallas, TX 75201
>Direct: (214) 466-1273
>Fax: (214) 635-1829
>Email: Brian.Carpenter@BJCIPLaw.com

Dated: September 16, 2011 Respectfully submitted,

                                              **BUETHER JOE & CARPENTER, LLC**

By: */s/ Brian A. Carpenter*

Christopher M. Joe *(Lead Counsel)*
State Bar No. 00787770
Chris.Joe@BJCIPLaw.com

Eric W. Buether
State Bar No. 03316880
Eric.Buether@BJCIPLaw.com

Brian A. Carpenter
State Bar No. 03840600
Brian.Carpenter@BJCIPLaw.com

Mark D. Perantie
State Bar No. 24053647
Mark.Perantie@BJCIPLaw.com

Niky Bukovcan
Washington State Bar No. 39403
Niky.Bukovcan@BJCIPLaw.com

1700 Pacific Avenue
Suite 2390
Dallas, Texas 75201
Telephone: (214) 466-1273
Facsimile: (214) 635-1829

**ATTORNEYS FOR PLAINTIFF
DIETGOAL INNOVATIONS LLC**