**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:11-cv-00418-DF |
| v. | § | |
| | § | Jury Trial Demanded |
| ARBY'S RESTAURANT GROUP, INC.; | § | |
| et al., | § | |
| | § | |
| *Defendants.* | § | |

**NOTICE OF APPEARANCE OF COUNSEL
FOR DIETGOAL INNOVATIONS LLC**

Plaintiff DietGoal Innovations LLC hereby notifies the Court that Mark D. Perantie of the firm Buether Joe & Carpenter, LLC have entered this action as counsel to be notified on its behalf.

Counsel may be contacted as follows:

>Mark D. Perantie
>BUETHER JOE & CARPENTER, LLC
>1700 Pacific Avenue, Suite 2390
>Dallas, TX  75201
>Direct:       (214) 466-1279
>Fax:  (214) 635-1830
>Email:  Mark.Perantie@BJCIPLaw.com

Dated:  September 16, 2011  Respectfully submitted,

          **BUETHER JOE & CARPENTER, LLC**

By: */s/ Mark D. Perantie*

    Christopher M. Joe  *(Lead  Counsel)*
    State Bar No. 00787770
    Chris.Joe@BJCIPLaw.com

    Eric W. Buether
    State Bar No. 03316880
    Eric.Buether@BJCIPLaw.com

    Brian A. Carpenter
    State Bar No. 03840600
    Brian.Carpenter@BJCIPLaw.com

    Mark D. Perantie
    State Bar No. 24053647
    Mark.Perantie@BJCIPLaw.com

    Niky Bukovcan
    Washington State Bar No. 39403
    Niky.Bukovcan@BJCIPLaw.com

    1700 Pacific Avenue
    Suite 2390
    Dallas, Texas 75201
    Telephone: (214) 466-1279
    Facsimile:  (214) 635-1830

    **ATTORNEYS FOR PLAINTIFF
    DIETGOAL INNOVATIONS LLC**