**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 2:11-cv-00418-DF |
| v. | § | |
| | § | Jury Trial Demanded |
| ARBY'S RESTAURANT GROUP, INC.; | § | |
| et al., | § | |
| | § | |
| *Defendants.* | § | |

**NOTICE OF APPEARANCE OF COUNSEL
FOR DIETGOAL INNOVATIONS LLC**

Plaintiff DietGoal Innovations LLC hereby notifies the Court that Niky Bukovcan of the firm Buether Joe & Carpenter, LLC have entered this action as counsel to be notified on its behalf.

Counsel may be contacted as follows:

>Niky Bukovcan
>BUETHER JOE & CARPENTER, LLC
>1700 Pacific Avenue, Suite 2390
>Dallas, TX  75201
>Direct: (214) 466-1278
>Fax:     (214) 635-1831
>Email:   Niky.Bukovcan@BJCIPLaw.com

Dated:  September 16, 2011              Respectfully submitted,

                                         **BUETHER JOE & CARPENTER, LLC**

                                         By:     */s/ Niky Bukovcan*

                                                   Christopher M. Joe  *(Lead  Counsel)*
                                                   State Bar No. 00787770
                                                 Chris.Joe@BJCIPLaw.com

                                                 Eric W. Buether
                                                 State Bar No. 03316880
                                                 Eric.Buether@BJCIPLaw.com

                                                 Brian A. Carpenter
                                                 State Bar No. 03840600
                                                 Brian.Carpenter@BJCIPLaw.com

                                                 Mark D. Perantie
                                                 State Bar No. 24053647
                                                 Mark.Perantie@BJCIPLaw.com

                                                 Niky Bukovcan
                                                 Washington State Bar No. 39403
                                                 Niky.Bukovcan@BJCIPLaw.com

                                                 1700 Pacific Avenue
                                                 Suite 2390
                                                 Dallas, Texas 75201
                                                 Telephone: (214) 466-1278
                                                 Facsimile:  (214) 635-1831

                                                 **ATTORNEYS FOR PLAINTIFF**
                                                 **DIETGOAL INNOVATIONS LLC**