UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:11-cv-418

Name of party requesting extension: Defendant Jack in the Box Inc.

Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents: ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 10/13/2011

Number of days requested:  ☐ 30 days   ☐ 15 days   ☑ Other 39 days

New Deadline Date: 1/13/2012   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Sam Baxter
State Bar No.: 01938000
Firm Name: McKool Smith, P.C.
Address: 104 East Houston Street
     Suite 300
     Marshall, TX  75670
Phone: 903-923-9011
Fax:   903-923-9099
Email: sbaxter@mckoolsmith.com

A certificate of conference does not need to be filed with this unopposed application.