IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIETGOAL INNOVATIONS LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARBY'S RESTAURANT GROUP, INC., *et al.,*<br><br>　　　　Defendants. | Civil Action No. 2:11-cv-00418-DF |

**NON-PARTY TCBY SYSTEMS, LLC'S MOTION TO DISMISS CLAIMS ALLEGED AGAINST NON-EXISTENT ENTITY DEFENDANT TCBY ENTERPRISES, INC.**

　　　　Pursuant to Federal Rule of Civil Procedure 12(b)(6), TCBY Systems, LLC, a non-party, hereby appears specially in this matter to move to dismiss plaintiff DietGoal Innovations LLC's ("DietGoal") Second Amended Complaint for Patent Infringement [Dkt. #78] against non-existent entity TCBY Enterprises, Inc.

**ARGUMENT**

　　　　On or about October 7, 2011, DietGoal sent, by certified mail, return receipt requested, a Summons and copy of the First Amended Complaint in this matter to TCBY Enterprises c/o Michael R. Ward, Registered Agent, 1141 W. 2400 S., Salt Lake City, Utah, 84119. *See* Summons, attached as Ex. 1 to Decl. of Michael R. Ward (12/15/12) ("Ward Decl."), filed concurrently herewith. The First Amended Complaint and Summons were received by Mr. Ward's office on October 14, 2011. *See* Ward Decl. ¶ 2. In its complaint, DietGoal alleges that "TCBY Enterprises, Inc. ('TCBY') is a corporation organized and existing under the laws of the

State of Utah, with its principal place of business located at 2855 E Cottonwood Pkwy, Suite 400, Salt Lake City, Utah 84121-7050." Second Am. Compl. [Dkt. #78] ¶ 34.  DietGoal further alleges that TCBY Enterprises, Inc. "has been and now is directly infringing one or more claims of the '516 patent, in violation of 35 U.S.C. § 271, by making and/or using in the United States the computer implemented website www.tcby.com, which has a computerized meal planning interface at http://tcby.com/menu-nutrition/soft-serve." *Id.* ¶ 85.  DietGoal is mistaken.

TCBY Enterprises, Inc. does not own or operate the www.tcby.com website at issue in this litigation.  *See* Ward Decl. ¶ 5.  Rather, Mrs. Fields Famous Brands, LLC, a Delaware limited liability company, owns and operates www.tcby.com.  *See id.*  In fact, there is no existing corporation known as TCBY Enterprises, Inc.  *See id.* ¶ 3.  At one time, an entity known as TCBY Enterprises, Inc. did exist, but it was merged into TCBY Enterprises, LLC in 2004.  *See id.* ¶ 3.  Moreover, in 2008, TCBY Enterprises, LLC was spun off as part of a reorganization.  As a result, TCBY Enterprises LLC owns no assets and has no association with Mrs. Fields Famous Brands, LLC, TCBY Systems, LLC, or any other related entity.  *See id.* ¶ 4.

Because TCBY Enterprises, Inc. is non-existent entity, and because TCBY Enterprises, Inc. does not own or operate the www.tcby.com website, DietGoal cannot state a claim against TCBY Enterprises, Inc.  Therefore, TCBY Systems, LLC respectfully requests that the Court dismiss TCBY Enterprises, Inc. from this litigation.

2

DATED:   December 19, 2011                    Respectfully submitted,

/s/ *Stafford Davis*

Stafford Davis
Texas State Bar No. 24054605
THE STAFFORD DAVIS FIRM
305 South Broadway, Suite 406
Tyler, Texas 75702
Tel: (903) 593-7000
Fax: (903) 705-7369
sdavis@stafforddavisfirm.com

*Specially Appearing for non-party TCBY Systems, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECT system per Local Rule CV-5(a)(3) on this 19th day of December 2011.  Any other counsel of record will be served by first class mail.

  */s/       Stafford Davis*

  *Specially Appearing for non-party*
  *TCBY Systems, LLC*