IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIETGOAL INNOVATIONS LLC<br>    Plaintiff,<br><br>v.<br><br>ARBY'S RESTAURANT GROUP, INC., ET AL<br>    Defendant | CASE NO. 2:11-CV-00418<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT CHICK-FIL-A, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COMES CHICK-FIL-A, INC. ("Defendant") or ("Chick-fil-A"), one of the Defendants herein, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses the following:

1. Chick-fil-A is a privately held and family owned company;

2. Chick-fil-A does not have any parent corporations; and

3. No publicly-held corporation directly or indirectly owns 10% or more of Chick-fil-A's stock.

Dated this 13th day of January 2012.

Respectfully submitted,

*/s/ Charles K. Aris*
**CHARLES K. ARIS**
State Bar No. 00793276
**SCOTT W. MACLAREN**
State Bar No. 12762900
**BYRNE, CARDENAS & ARIS, LLP**
7557 Rambler Road, Suite 1400
Dallas, Texas 75231
972.371.5250  (Telephone)
972.371.5270  (Facsimile)

**ATTORNEYS FOR DEFENDANT
CHICK-FIL-A, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 13, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Charles K. Aris*