IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIETGOAL INNOVATIONS LLC | § |
| | § |
| v. | § |
| | § NO. 2:11-cv-00418-DF |
| ARBY'S RESTURANT GROUP, INC et al. | § |
| | § JURY TRIAL DEMANDED |
| | § |

**DEFENDANT DINEWISE, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant DineWise, Inc. ("DineWise")., and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, regarding the disclosure of parent corporations and ownership interest of parties by publicly held companies, makes the following disclosure:

1. Defendant DineWise, Inc. is a corporation organized under the laws of the State of Nevada. DineWise's principal place of business is Farmingdale, New York.

2. DineWise does not have a parent corporation.

3. No publicly held corporations hold 10% or more of the stock in DineWise, Inc.

| | |
|---|---|
| February 7, 2012 | Respectfully submitted, |
| | |
| | DINEWISE INC. |
| | |
| | By: /s/ *Stephen F. Schlather* |
| | Stephen F. Schlather |
| | Texas Bar No. 24007993 |
| | John J. Edmonds |
| | Texas Bar No. 789758 |
| | COLLINS, EDMONDS & POGORZELSKI, PLLC |
| | 1616 S. Voss Rd., Suite 125 |
| | Houston, Texas 77057 |
| | Telephone: (713) 364-2371 |
| | Facsimile: (832) 415-2535 |
| | sschlather@cepiplaw.com |
| | jedmonds@cepiplaw.com |

CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

February 7, 2012                                    /s/ Stephen F. Schlather    
                                                       Stephen F. Schlather