# EXHIBIT 2

| | |
|---|---|
| **From:** | Cheng, Calvin |
| **Sent:** | Monday, October 21, 2013 12:41 PM |
| **To:** | 'Mickey Ricketts' |
| **Cc:** | BJC-DietGoal; Bernell, Ben; Chibib, Michael |
| **Subject:** | RE: DietGoal v Arby's Restaurant Group et al.: Deposition status |

Mickey:

As stated in the voicemail I just left for you, a witness for Starbucks will not be available for the date noticed in your Second 30(b)(6) Notice of Deposition, October 25, 2013.

Thanks,

Calvin Cheng | Associate | Bracewell & Giuliani LLP
111 Congress Avenue Suite 2300 | Austin, Texas | 78701-4061
T: 512.494.3656 | F: 512.472.9123
calvin.cheng@bgllp.com | www.bgllp.com

CONFIDENTIALITY STATEMENT
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Mickey Ricketts [mailto:Mickey.Ricketts@bjciplaw.com]
**Sent:** Friday, October 18, 2013 12:15 PM
**To:** ben.nernell@bgllp.com; Chibib, Michael; Cheng, Calvin
**Cc:** BJC-DietGoal
**Subject:** DietGoal v Arby's Restaurant Group et al.: Deposition status

Counsel,

Please confirm whether Starbucks intends to produce a witness or witnesses for the 30(b)(6) deposition on October 25, 2013 pursuant to DietGoal's Second 30(b)(6) Notice served on September 26, 2013. Thank you.

Best regards,
Mickey

## Michael D. "Mickey" Ricketts

**Buether Joe & Carpenter, LLC**
1700 Pacific · Suite 4750 · Dallas, TX 75201
Direct Tel.  214.730.5653
Direct Fax  214.730.4698
IP & Commercial Litigation




THE INFORMATION CONTAINED IN THIS TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION. IT IS INTENDED ONLY FOR THE USE OF THE PERSON(S) NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR DUPLICATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU ARE NOT THE INTENDED RECIPIENT, PLEASE CONTACT THE SENDER BY REPLY EMAIL AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.  TAX ADVICE DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS UNDER CIRCULAR 230, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS), UNLESS OTHERWISE SPECIFICALLY STATED, WAS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (1) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (2) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN.