**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DIETGOAL INNOVATIONS LLC, | § |
| | § |
| Plaintiffs, | §   Civil Action No. 2:11-cv-418-MHS-RSP |
| | § |
| v. | § |
| | § |
| ARBY'S RESTAURANT GROUP, INC., et al., | § |
| | § |
| Defendants. | § |
| | § |
| | § |

**<u>ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL</u>**

Having read and considered Darden Corporation's Unopposed Motion for Withdrawal of Counsel,

IT IS HEREBY ORDERED that Darden Corporation's Motion is GRANTED, and that Jason W. Cook is no longer counsel of record for Darden Corporation in this matter.

IT IS FURTHER ORDERED that electronic notices to Jason W. Cook in this case are terminated effective the date of this order.

**SIGNED this 4th day of August, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE